AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

Illinois Union Insurance Company
a/s/o City of Lawrence

v.

The Viking Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10475 MLW

TO: (Name and address of Defendant) The Viking Corporation
210 North Industrial Park Road
Hastings, MI 49058

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  MAR 9 2004