UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY as subrogee of CITY OF LAWRENCE<br><br>Plaintiff,<br><br>v.<br><br>THE VIKING CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 04-10475-MLW |

### STIPULATION OF EXTENSION

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the time for defendant, The Viking Corporation, to answer, move or otherwise respond to plaintiff's *Complaint* is extended to and including **May 6, 2004**.

AGREED TO BY:

ILLINOIS UNION INSURANCE COMPANY,
By its attorney,

/s/ Patrick J. Loftus
_____
Patrick J. Loftus, III, Esq. (BBO No. 303310)
No. 9 Park Street
Suite 500
Boston, MA 02108
(617) 723-7770

Co-Counsel:
James P. Cullen, Jr., Esq.
Cozen O'Connor
1900 Market Street
The Atrium – Third Floor
Philadelphia, PA 19103
(215) 665-4102

Dated: April 19, 2004

THE VIKING CORPORATION,
By its attorneys,

/s/ Jennifer A. Champlin
_____
Joseph J. Leghorn, Esq. (BBO No. 292440)
Jennifer A. Champlin, Esq. (BBO No. 654726)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon Plaintiff's counsel via first-class mail, postage prepaid, and via facsimile this 19th day of April, 2004.

_____
Jennifer A. Champlin