

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Joseph J. Leghorn
Direct Dial: (617) 345-1114
E-Mail: jleghorn@nixonpeabody.com

FILED
IN CLERKS OFFICE
2004 JUN 24 P 4: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 24, 2004

**VIA HAND DELIVERY**

Kathleen Boyce
Docket Clerk to
The Hon. Mark Wolf
United States District Court
For the District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:  Illinois Union Insurance Company v. The Viking Corporation
     Civil Action No. 04-10475-MLW

Dear Ms. Boyce:

In accordance with out telephone conversation, I am writing you concerning Judge Wolf's Order of Reference of the above-captioned matter to Magistrate Judge Judith G. Dein. Magistrate Judge Dein and I are former partners and close personal friends. When Judge Dean was appointed, she and I discussed whether, given our close personal relationship, and a decision that we would continue to maintain our friendship, to avoid any appearances of impropriety, I would not appear before her. Consequently, in order to determine whether my client or the plaintiff would accept the referral of this matter to a magistrate judge for all purposes, I would ask the Court if it could amend its order to suggest another magistrate judges sitting in Boston.

Thank you very much for your respectful consideration of this request.

Very truly yours,

Joseph J. Leghorn

JJL:smw
cc:  Patrick J. Loftus, III, Esq.
     James P. Cullen, Jr., Esq.
     Magistrate Judge Judith G. Dein
     Jennifer A. Champlin, Esq.

BOS1393721.1