UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ILLINOIS UNION INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10475-MLW |
| THE VIKING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

DEIN, U.S.M.J.

Pursuant to 28 U.S.C. § 455, the undersigned magistrate judge hereby disqualifies herself from the above-captioned matter on the grounds that counsel of record for the defendant is Joseph J. Leghorn, a close personal friend and former partner at the firm in which the undersigned was a partner until she resigned to become a magistrate judge. The case should be redrawn to another magistrate judge.

    / Judith Gail Dein /
Judith Gail Dein
United States Magistrate Judge

DATED: July 29, 2004