UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>as subrogee of CITY OF LAWRENCE<br><br>Plaintiff,<br><br>v.<br><br>THE VIKING CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>NO.04-10475 MLW<br><br><br><br>JURY TRIAL DEMANDED |

## DEFENDANT THE VIKING CORPORATION RULE 16.1(D)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred in this matter:

(a)   with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

THE VIKING CORPORATION

By: _____
Del Dornbos
Vice President, Technical Services
Viking Group, Inc.

By Its Attorney:

_____
Joseph J. Leghorn, Esquire (BBO #292440)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1114

Dated: January 4, 2005

BOS1449468.1