UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY<br>as subrogee of CITY OF LAWRENCE | )<br>)<br>) | CIVIL ACTION<br>NO. 04-10475 MLW |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| THE VIKING CORPORATION | )<br>) | |
| | ) | AFFIDAVIT OF JOSEPH F. |
| Defendant. | ) | RICH, ESQUIRE |

I, JOSEPH F. RICH, ESQUIRE, being duly sworn, depose and say:

1.  I am a resident of the Commonwealth of Pennsylvania and an associate member of the law firm of Cozen O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania.

2.  I am duly licensed and admitted to practice law by the Commonwealth of Pennsylvania, and have an Attorney Identification No. 92067. [A copy of my Certificate of Good Standing is annexed hereto].

3.  I am a member in good standing of the Bars of the Commonwealth of Pennsylvania the State of New Jersey, the District of Columbia, and the United States District Court for the Eastern District of Pennsylvania.

4.  There are no disciplinary proceedings or criminal charges instituted against me in the Commonwealth of Pennsylvania or any other state.

5.  An established attorney-client relationship exists, and my client has specifically requested that I represent its interest in this matter.

6.  The nature of this action involves legal and factual issues pertaining to product liability and property damage litigation; I have handled these types of cases in the past and have developed an expertise in these matters.

7.  If the Court shall allow my Motion to Appear *pro hac vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination hereof and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court in all respects, as if I were a regularly admitted and licensed member.

8.  I am associated with Patrick J. Loftus, III, Esquire, an attorney who is duly and legally admitted to practice in the Commonwealth of Massachusetts, and upon whom service may be had in all matters connected with the above-captioned case and any disciplinary matter arising out of same, with the same effect as if personally made on me.

JOSEPH F. RICH, ESQUIRE

Sworn to and subscribed
before me this 15 day
of April, 2005.

Notary Public



NOTARIAL SEAL
JOANNE S DILLON
Notary Public
CITY OF PHILADELPHIA
PHILADELPHIA COUNTY
My Commission Expires Aug 28, 2007

2