

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Joseph Frank Rich, Esq.

**DATE OF ADMISSION**

**December 9, 2003**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 20, 2005

Patricia A. Johnson
Chief Clerk