UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY ) | |
| as subrogee of CITY OF LAWRENCE ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | NO. 04-10475 MLW |
| v. ) | |
| ) | |
| THE VIKING CORPORATION ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO ADJOURN STATUS CONFERENCE

The parties, through their undersigned counsel, hereby respectfully request the Court adjourn the status conference, presently set for May 30, 2006, as the parties have agreed to utilize this date to conduct a private mediation, in an effort to resolve this case without further litigation. In further support of the request, the parties note that, based upon an inquiry to the Clerk, conference times are available on June 1, 2006, and the parties will be available on this date, assuming the efforts to resolve the matter at mediation are not successful and will also make themselves available thereafter, at the Court's convenience, for a scheduling conference, in the event the June 1, 2006 date is no longer on the Court's schedule.

Respectfully submitted,                                   Respectfully submitted,

Plaintiff Illinois Union Insurance Company    Defendant Viking Corporation
as subrogee of City of Lawrence,                   By Its Attorneys,
By Its Attorneys,


/s/ James P. Cullen, Jr.                                    /s/ Gina M. McCreadie
James P. Cullen, Jr., Esquire                          Joseph J. Leghorn (BBO #292440)
COZEN O'CONNOR                                      Gina M. McCreadie (BBO #661107)
1900 Market Street                                          NIXON PEABODY LLP
The Atrium - Third Floor                                100 Summer Street
Philadelphia, PA  19103                                 Boston, MA  02110
(215) 665-4102                                                 (617) 345-1000

Dated:  May 18, 2006                                     Dated:  May 18, 2006

2

CO-COUNSEL:
Patrick J. Loftus, III (BBO #303310)
No. 9 Park Street
Suite 500
Boston, MA  02108
(617) 723-7770
Attorney for Plaintiff

2